**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 42 MAP 2019
:
Appellant :
:
v. :
:
ANDREW JOSEPH ULTSH, :
:
Appellee :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of September, 2020, the Joint Application for Remand is GRANTED, and the matter is REMANDED to the Court of Common Pleas of Lycoming County for further proceedings.